UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| LILLIAN ABALO JOHN, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) 2:13-cv-00144-NT |
| | ) |
| WHOLE FOODS MARKET, et al., | ) |
| | ) |
| Defendants | ) |

RECOMMENDED DECISION

On April 18, 2013, plaintiff filed a complaint in this court naming Whole Foods Market, Michele Doe and Becky Doe as defendants. (ECF No. 1.) A check in the amount of $75.00 accompanied the complaint. On April 19, 2013, I issued an Order (ECF No. 2) returning the $75.00 check and directing plaintiff to either file an application to proceed in forma pauperis or pay the entire filing fee of $350.00 no later than May 10, 2013. In that Order I advised plaintiff that failure to comply may result in the issuance of a recommendation that the matter be dismissed for lack of prosecution. I note that plaintiff is a Sudanese immigrant and apparently does not read or write in English as her native language. The complaint does not appear to be frivolous, but it is impossible to decipher exactly what plaintiff claims to have happened to her. It appears to me that her claim is related to employment benefits and that she may have been an employee or an applicant for employment at Whole Foods Market, but that is largely conjecture on my part.

As of today's date, there has been no communication from plaintiff. Accordingly, it is recommended that the Complaint be DISMISSED for lack of prosecution.

NOTICE

A party may file objections to those specified portions of a magistrate judge's report or proposed findings or recommended decisions entered pursuant to 28 U.S.C. § 636(b)(1)(B) (1993) for which *de novo* review by the district court is sought, together with a supporting memorandum, within fourteen (14) days of being served with a copy thereof.  A responsive memorandum shall be filed within fourteen (14) days after the filing of the objection.

Failure to file a timely objection shall constitute a waiver of the right to *de novo* review by the district court and to appeal the district court's order.

May 13, 2013                              /s/ Margaret J. Kravchuk
                                          U.S. Magistrate Judge