## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| LILLIAN ABALO JOHN, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Docket no. 2:13-cv-00144-NT |
| | ) |
| WHOLE FOODS MARKET, et al., | ) |
| | ) |
| Defendants | |

### ORDER AFFIRMING THE RECOMMENDED DECISION
### OF THE MAGISTRATE JUDGE

On September 9, 2013, the United States Magistrate Judge filed with the court, with copies to the pro se Plaintiff, her Report and Recommended Decision. The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to de novo review and appeal.

It is therefore ORDERED that:

1. the Recommended Decision of the Magistrate Judge is hereby ADOPTED; and,

2. the Plaintiff's complaint is hereby DISMISSED for failure to state a claim under Rule 12(b)(6).

/s/ Nancy Torresen
United States District Judge

Dated this 9th day of September, 2013